FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR - 9 2009

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　)　　CRIMINAL NO. 09-*872*_____
　　　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　　　)　　Counts 1, 2, 3 and 4:  18 U.S.C. §
　　　　　　　　　　　　　　　　　　)　　922(a)(6): False or Fictitious Statements
**ABRAHAM CHRISTOPHER CAMPOS,**　　)　　to a Federally Licensed Firearm Dealer.
　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　)

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about December 4, 2008, in Doña Ana County, in the District of New Mexico, the defendant, **ABRAHAM CHRISTOPHER CAMPOS**, in connection with the acquisition of firearms from Custom Cartridge, Company, 3225 S Main Street, Las Cruces, New Mexico, a federally licensed firearm dealer, knowingly made false, fictitious, oral and written statements likely to deceive such federally licensed firearm dealer with respect to a fact material to the lawfulness of the sale of said firearms, in that the defendant, when completing question "3." of Alcohol, Tobacco and Firearms form 4473, stated that his place of birth was Las Cruces, New Mexico; and when completing question "11.a." stated that he was the actual transferee/buyer of the firearms.

In violation of 18 U.S.C. § 922(a)(6).

### Count 2

On or about December 4, 2008, in Doña Ana County, in the District of New Mexico, the defendant, **ABRAHAM CHRISTOPHER CAMPOS**, in connection with the acquisition

of firearms from Sportsman Warehouse #156, 200 N. Telshor Blvd., Las Cruces, New Mexico, a federally licensed firearm dealer, knowingly made false, fictitious, oral and written statements likely to deceive such federally licensed firearm dealer with respect to a fact material to the lawfulness of the sale of said firearms, in that the defendant, when completing question "11.a." of Alcohol, Tobacco and Firearms form 4473, stated that he was the actual transferee/buyer of the firearms.

In violation of 18 U.S.C. § 922(a)(6).

### Count 3

On or about December 11, 2008, in Doña Ana  County, in the District of New Mexico, the defendant, **ABRAHAM CHRISTOPHER CAMPOS**, in connection with the acquisition of a firearm from Custom Cartridge, Company, 3225 S Main Street, Las Cruces, New Mexico, a federally licensed firearm dealer, knowingly made false, fictitious, oral and written statements likely to deceive such federally licensed firearm dealer with respect to a fact material to the lawfulness of the sale of said firearm, in that the defendant, when completing question "11.a." of Alcohol, Tobacco and Firearms form 4473, stated that he was the actual transferee/buyer of the firearm.

In violation of 18 U.S.C. § 922(a)(6).

### Count 4

On or about December 11, 2008, in Doña Ana  County, in the District of New Mexico, the defendant, **ABRAHAM CHRISTOPHER CAMPOS**, in connection with the acquisition of firearms from Sportsman Warehouse #156, 200 N. Telshor Blvd., Las Cruces, New Mexico, a federally licensed firearm dealer, knowingly made false, fictitious,

2

oral and written statements likely to deceive such federally licensed firearm dealer with respect to a fact material to the lawfulness of the sale of said firearms, in that the defendant, when completing question "11.a." of Alcohol, Tobacco and Firearms form 4473, stated that he was the actual transferee/buyer of the firearms.

In violation of 18 U.S.C. § 922(a)(6).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY


_____
Assistant United States Attorney

_____ 04/02/09 8:28am